IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



**RECEIVED**

MAY 2 7 2021

Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR-*148* |
| | § | Judge *MAZZANT* |
| NANCY BURKS | § | |

## ELEMENTS OF THE OFFENSE

Defendant NANCY BURKS is charged in Count One of the Information with a violation of 18 U.S.C. $ 1343 (Wire Fraud). The elements of the offense are as follows:

1. That Defendant devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations, or promises;

2. That Defendant acted with the intent to defraud;

3. That in advancing, furthering, or carrying out the scheme, Defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

Nancy Burks Elements-Page  1

Respectfully Submitted,

Nicholas J. Ganjei
Acting United States Attorney
Eastern District of Texas

Matthew T. Johnson
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
(903) 868-9454
(903) 892-2792 (fax)
Matthew.Johnson2@usdoj.gov
Texas Bar No. 24060033

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on __May 27__, 2021.

MATTHEW T. JOHNSON